IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TYRON ALAN MCGARRAH,** §<br>**ID #126087674,** §<br>§<br>Plaintiff, §<br>v. §<br>§<br>**DALE HANNAH,** *et al.*, §<br>§<br>Defendants. § | Civil Action No. **3:14-CV-923-L** |

### ORDER

This case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on March 19, 2014, recommending that Plaintiff's claims, under 42 U.S.C. § 1983, be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff filed objections to the Report, which the court received on April 3, 2014.

After considering the pleadings, file, objections, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **overrules** Plaintiff's objections and **dismisses with prejudice** Plaintiff's claims under section 1983 against Defendants as frivolous pursuant to 28 U.S.C. § 1915(e)(2).

**It is so ordered** this 14th day of April, 2014.

*[signature]*
Sam A. Lindsay
United States District Judge

Order – Solo Page